**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Michael Ramos,** | ) | **CASE NO. 1:12 CV 2213** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Carolyn W. Colvin,** | ) | <u>**Order of Remand**</u> |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This Court, having ACCEPTED the Report and Recommendation of Magistrate Judge William H. Baughman (Doc. 21), recommending that the decision of the Commissioner be REVERSED in PART, hereby REMANDS this matter to defendant for further proceedings.

IT IS SO ORDERED.

                                                    /s/Patricia A. Gaughan
                                                    PATRICIA A. GAUGHAN
Date:   8/16/13                         United States District Judge